1
2
3
4
5

UNITED STATES DISTRICT COURT
6 WESTERN DISTRICT OF WASHINGTON

7

8 | DANIEL KEVIN,                                Case No. C17-1919-RSM

9 |          Plaintiff,                         ORDER GRANTING APPLICATION
                                               TO PROCEED *IN FORMA PAUPERIS*
10 |     v.

11 | JESSE WILLIAMS, et al.,

12 |          Defendants.

13

14
          After careful consideration of plaintiff's application to proceed *in forma pauperis*
15
("IFP"), the governing law and the balance of the record, the Court ORDERS:
16
          (1)     Plaintiff's application to proceed IFP, Dkt. 1, is GRANTED.  Plaintiff does not
17
appear to have funds available to afford the $400.00 filing fee.
18
          (2)     The Clerk of the Court is directed to send a copy of this Order to plaintiff and to
19
the Honorable Ricardo S. Martinez.
20
          DATED this 3rd day of January, 2018.
21

22

23                                            JAMES P. DONOHUE
                                              Chief United States Magistrate Judge
24

25

26

ORDER
PAGE - 1